IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LEE CASEY, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-14-626-R |
| MIKE MURRY, Warden, et al., | ) |
| Respondent. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell. Doc. No. 6. It was recommended that Petitioner's application for leave to proceed *in forma pauperis* be denied and that he prepay the $5.00 filing fee within twenty days of any order adopting this Report and Recommendation. In light of the receipt of the $5.00 filing fee by Petitioner on July 7, 2014, the undersigned declines to adopt the Report and Recommendation, denies Petitioner's application for leave to proceed *in forma pauperis* and re-refers the matter to Magistrate Judge Suzanne Mitchell for further proceedings in accordance with the original referral.

IT IS SO ORDERED this 10th day of July, 2014.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE