IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHRISTOPHER LEE CASEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-14-626-R |
| ) | |
| MIKE MURRY, Warden; ) | |
| ATTORNEY GENERAL OF ) | |
| THE STATE OF Oklahoma ) | |
| ) | |
| Respondents. ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell. Doc. No. 16. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this matter is DISMISSED as untimely.

IT IS SO ORDERED this 14th day of October, 2014.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE